IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE MARGARET SCIRPO,

       Plaintiff,                    No. CIV S-09-2635 MCE EFB PS

   vs.

ROGERS BENEFIT GROUP, INC.; CRAIG GANDY,                    ORDER

       Defendants.

_____/

       A hearing is currently scheduled in this action for November 4, 2009 on defendants' motion to dismiss. Dckt. Nos. 7, 11. On October 19, 2009, plaintiff filed a request for a continuation of the November 4 hearing because plaintiff "did not receive notification that [her] case had been removed from Placer County Superior Court" until October 14, 2009, and did not receive notice of defendants' motion until October 19, 2009.[1] Dckt. No. 13. Plaintiff states that she "would like an opportunity to review the documents" and is "in the process of attempting to retain an attorney to review [her] case and possibly represent [her]." *Id.*

---

[1] Plaintiff acknowledges that there was "an address error," and filed a notice of change of address on October 19, 2009. Dckt. No. 14.

1

1   In light of plaintiff's representations, her request for a continuance if granted.  The
2 November 4, 2009 hearing on defendants' motion to dismiss is rescheduled for January 6, 2010,
3 at 10:00 a.m. in Courtroom No. 25.  Plaintiff shall file an opposition or a statement of non-
4 opposition to defendants' motion on or before December 16, 2009.  Defendants shall file their
5 reply, if any, on or before December 23, 2009.
6   IT IS SO ORDERED.
7 DATED:  October 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2