**Daniel S. Glass, SBN 140819**
**Attorney at Law**
**1006 Fourth Street, 10th Floor**
**Sacramento, CA 95814**

Attorney for Plaintiff Suzanne Margaret Scirpo

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE MARGARET SCIRPO,<br><br>  Plaintiff,<br><br>v.<br><br>ROGERS BENEFIT GROUP, INC.,;<br>CRAIG GANDY and DOES 1 - 10,<br><br>  Defendants.<br>_____ / | CASE NO.  2:09-cv-02635 MCE EFB<br><br>**SUBSTITUTION OF COUNSEL**<br>**AND ORDER** |

TO THE COURT AND ALL PARTIES:

1) On or about September 21, 2009 the above captioned matter was removed to this court by defendants.

2) Prior to removal of this action to this court, the underlying action was being prosecuted by plaintiff Suzanne Margaret Scirpo, in pro per.

3) On, or about, December 14, 2009, plaintiff Suzanne Margo Scirpo retained the undersigned Daniel S. Glass, Attorney at Law, to represent her interests in prosecuting the above captioned action.

4) From this date forward, until further notice, and upon approval from this court, plaintiff Suzanne Margaret Scirpo shall be represented by Daniel S. Glass, , Attorney at Law, 1006 Fourth St., 10th Floor, Sacramento, CA 95814.  Mr. Glass is

further identified as California State Bar No. 140819 and is member in good standing of the State Bar of California and the United States District Court for the Eastern District of California. His telephone number is (916) 447-5697. His facsimile number is (916) 447-6697. His e-mail address which is registered with this court for the purpose of electronic filing of documents pursuant to CM/ECF is dsglawyer@att.net.

5) Plaintiff Suzanne Margaret Scirpo shall no longer be representing herself in pro per.

I consent to this substitution:

Dated:   December 14, 2009               _____/s/_____
                                          Plaintiff Suzanne Margaret Scirpo

I consent to this substitution:

Dated:   December 14, 2009               _____/s/_____
                                          Daniel S. Glass, Attorney at Law

**IT IS SO ORDERED**.

Dated:  December 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8       Plaintiff/Defendant Name hereby designates the following attorney
  from Firm Name as counsel for service in this action:
                Name:
9
10      The following attorney is no longer counsel of record in this
   action:
                Name:
11
   DATED:    date                    /s/   Attorney's Name
12                                         ATTORNEY'S NAME
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28